## C. M. WAKEFIELD

v.

## GEORGE W. PENNINGTON.

PRACTICE—FAILURE TO FILE DECLARATION.—Where the record shows that no declaration was filed in the cause, the judgment is erroneous and must be reversed.

ERROR to the Circuit Court of Jasper county; the Hon. JOHN H. HALLEY, Judge, presiding. Opinion filed October 6, 1881.

Mr. JOHN H. HALLEY, for plaintiff in error; cited Practice Act, § 48.

WALL, J. Defendant in error brought an action of assumpsit against plaintiff in error. The summons was duly served, and at the return term a default was entered and damages assessed at $324.44. The record fails to show that a declaration was ever filed in the case—rather, it shows that there was none —nor has a diminution been suggested or any reason for supposing that there was a declaration and that it has been misplaced. The judgment must therefore be reversed, and the cause remanded.